JOHN JOHNSON ET AL., APPELLANTS, v. JOHN RIVARA ET AL., RESPONDENTS.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellants, *Judson B. Salisbury.*

For the respondents, *Huckin & Huckin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BO-DINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HET-FIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.